1  Paul D. Murphy (State Bar No. 159556)
*pmurphy@murphyrosen.com*
2  Anujan Jeevaprakash (State Bar No. 329397)
*ajeevaprakash@murphyrosen.com*
3  MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
4  Santa Monica, California 90401-1142
Telephone:  (310) 899-3300
5  Facsimile:   (310) 399-7201

6  Jeffrey J. Wild (*Admitted Pro Hac Vice*)
LOWENSTEIN SANDLER LLP
7  One Lowenstein Drive
Roseland, New Jersey 07068
8  Telephone: 973-597-2500

9  Attorneys for Plaintiff
Sumitomo Rubber North America, Inc.

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14  SUMITOMO RUBBER NORTH              CASE NO. 5:24-cv-02098-KK-SHK
AMERICA, INC. formerly known as
15  FALKEN TIRE CORPORATION, a         **PLAINTIFF SUMITOMO RUBBER**
California corporation,              **NORTH AMERICA, INC.'S**
16                                     **RESPONSE TO ORDER TO SHOW**
                                      **CAUSE WHY ACTION SHOULD**
17              Plaintiff,             **NOT BE DISMISSED FOR FAILURE**
                                      **TO PROSECUTE [DKT. 15]**
18  vs.

19  AMERICAN TIRE DISTRIBUTORS,
INC., a Delaware corporation,
20
              Defendants.
21

22

23

24

25

26

27

28

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

***PRINTED ON RECYCLED PAPER***

*PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE*

# **RESPONSE TO ORDER TO SHOW CAUSE**

On November 4, 2024, the Court issued an Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute, citing the absence of an Answer by Defendant American Tire Distributors, Inc. ("Defendant") or an application for entry of default by Plaintiff, pursuant to Federal Rule of Civil Procedure 55(a).  [Dkt. 15]  Plaintiff Sumitomo Rubber North America, Inc. ("Plaintiff"), hereby submits this response to the Court's Order to Show Cause.

On October 22, 2024, Defendant filed for bankruptcy in the United States Bankruptcy Court, District of Delaware, Case No. 24-12391.  The Voluntary Petition for Bankruptcy is attached as Exhibit A.  Pursuant to Section 362 of the Bankruptcy Code, this case was automatically stayed.  Plaintiff anticipated that Defendant would file the related Notice of Stay, but in the absence of that filing, Plaintiff submits this response and respectfully requests that the Court issue an order confirming that the automatic stay is in effect, and discharging the Court's Order to Show Cause.

Respectfully submitted,

DATED: November 6, 2024          MURPHY ROSEN LLP

By: /s/ Paul D. Muphy
  Paul D. Murphy
  Anujan Jeevaprakash

*-and-*

LOWENSTEIN SANDLER LLP

  Jeffrey J. Wild
  (*Admitted pro hac application*)

Attorneys for Plaintiff
Sumitomo Rubber North America, Inc.

MURPHY ROSEN LLP
100 WILSHIRE BOULEVARD, SUITE 1300
SANTA MONICA, CA 90401-1142
TELEPHONE 310-899-3300; FACSIMILE 310-399-7201

*PRINTED ON RECYCLED PAPER*

*PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE*