Paul D. Murphy (State Bar No. 159556)
*pmurphy@murphyrosen.com*
Anujan Jeevaprakash (State Bar No. 329397)
*ajeevaprakash@murphyrosen.com*
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

Jeffrey J. Wild (*Admitted Pro Hac Vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973-597-2500

Attorneys for Plaintiff
Sumitomo Rubber North America, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUMITOMO RUBBER NORTH AMERICA, INC. formerly known as FALKEN TIRE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN TIRE DISTRIBUTORS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 5:24-cv-02098-KK-SHKx<br><br>**PLAINTIFF SUMITOMMO RUBBER NORTH AMERICA, INC.'S STATUS REPORT RE: BANKRUPTCY IN RESPONSE TO COURT'S CIVIL MINUTES [DKT. 17]** |

Pursuant to the Court's Order requiring a status report every ninety (90) days regarding Defendant American Tire Distributors, Inc.'s ("Defendant") petition for bankruptcy, Plaintiff Sumitomo Rubber North America, Inc. ("Plaintiff") submits the following status report.

## STATUS REPORT RE: BANKRUPTCY

Defendant filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on October 22, 2024 (the "Petition Date"). The case is captioned *In re American Tire Distributors, Inc., et al.*, Lead Case No. 24-12391 (Bankr. D. Del.) (the "Chapter 11 Case").

On November 4, 2024, the Office of the United States Trustee for Region 3 (the "UST") appointed an official committee of unsecured creditors (the "Committee") in the Chapter 11 Case pursuant to Section 1102 of the United States Bankruptcy Code. Plaintiff timely submitted a questionnaire to the UST and was appointed as a member of the Committee. The Committee has been actively advocating for the rights of unsecured creditors, including Plaintiff.

Defendant and its affiliated Chapter 11 debtors are currently in the process of selling substantially all of their assets to a newly formed entity owned by certain secured lenders, subject to Bankruptcy Court approval. Plaintiff anticipates that the purchaser will assume all amounts owed to Plaintiff for obligations arising after the Petition Date. However, it remains uncertain whether the purchaser will assume any pre-petition amounts due to Plaintiff; this will likely become clear at or after the closing of the sale.

A hearing to consider approval of the sale is expected to take place in February 2025. Defendant has also filed a proposed Chapter 11 plan to wind down its residual estate following the closing of the sale.

DATED: February 5, 2025

Respectfully submitted,

**MURPHY ROSEN LLP**

By: /s/ Paul D. Murphy
Paul D. Murphy
Anujan Jeevaprakash

*-and-*

**LOWENSTEIN SANDLER LLP**

Jeffrey J. Wild
(*Admitted pro hac application*)

Attorneys for Plaintiff
Sumitomo Rubber North America, Inc.