Paul D. Murphy (State Bar No. 159556)
*pmurphy@murphyrosen.com*
Anujan Jeevaprakash (State Bar No. 329397)
*ajeevaprakash@murphyrosen.com*
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201

Jeffrey J. Wild (*Admitted Pro Hac Vice*)
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: 973-597-2500

Attorneys for Plaintiff
Sumitomo Rubber North America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMITOMO RUBBER NORTH AMERICA, INC. formerly known as FALKEN TIRE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN TIRE DISTRIBUTORS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 5:24-cv-02098-KK-SHKx<br><br>**PLAINTIFF SUMITOMMO RUBBER NORTH AMERICA, INC.'S STATUS REPORT RE: BANKRUPTCY IN RESPONSE TO COURT'S CIVIL MINUTES [DKT. 17]** |

Pursuant to the Court's Order [Dkt. 17] requiring a status report every ninety (90) days regarding Defendant American Tire Distributors, Inc.'s ("Defendant") petition for bankruptcy, Plaintiff Sumitomo Rubber North America, Inc. ("Plaintiff") submits the following status report.

## STATUS REPORT RE: BANKRUPTCY

On October 22, 2024 (the "Petition Date"), Defendant filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the District of Delaware.  After the Petition Date, Plaintiff entered into a post-petition agreement with Defendant, pursuant to which Plaintiff resumed selling merchandise to Defendant on certain agreed terms, including the payment of the obligations that are the subject of this lawsuit (the "Trade Agreement").

On February 28, 2025, Defendant closed the sale of substantially all of its assets to Asphalt Buyer LLC (the "Purchaser").  The Purchaser ultimately agreed to pay all of Defendant's obligations to Plaintiff that are the subject of this lawsuit.

On March 28, 2025, Defendant's Chapter 11 plan of liquidation was confirmed by the Bankruptcy Court but has not yet become effective by its terms. Plaintiff is informed and believes that Defendant's plan of liquidation will take effect around the end of May 2025.

Plaintiff anticipates that the Purchaser will satisfy in full Plaintiff's pre-Petition claim against Defendant prior to the end of the year.  Once the bankruptcy case is closed and the Purchaser's obligations to Plaintiff are fulfilled, Plaintiff anticipates that this case can be dismissed.

Respectfully submitted,

DATED: May 7, 2025

**MURPHY ROSEN LLP**

By: /s/ Paul D. Murphy
Paul D. Murphy
Anujan Jeevaprakash

-and-

**LOWENSTEIN SANDLER LLP**

Jeffrey J. Wild
(*Admitted pro hac application*)

Attorneys for Plaintiff
Sumitomo Rubber North America, Inc.